**Electronically Filed
Supreme Court
SCPW-22-0000607
06-DEC-2022
02:15 PM
Dkt. 21 ODMR**

SCPW-22-0000607

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

SCOTT DAVID DEANGELO, Petitioner,

vs.

THE HONORABLE KEVIN A. SOUZA,
Judge of the Circuit Court of the First Circuit,
State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING
(1CPC-22-0000231)

ORDER DENYING MOTION FOR RECONSIDERATION

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

On November 28, 2022, Petitioner-Defendant Scott David
Deangelo filed a motion for reconsideration of this court's
November 17, 2022 opinion.

The court has reviewed the motion. After due
consideration, the court denies the motion.

DATED: Honolulu, Hawai'i, December 6, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

